IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case no. 1:18-mc-21778 |
| ) | |
| GONZALO LOPEZ-JORDAN, ) | |
| ) | |
| Respondent. ) | |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America petitions this Court for an order enforcing an Internal Revenue Service ("IRS") administrative summons served on Gonzalo Lopez-Jordan. In support, the United States avers as follows:

1. Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2. The respondent, Gonzalo Lopez-Jordan, resides in Miami, Florida, within the jurisdiction of this Court.

3. Revenue Agent Joseph Conroy is employed in the Small Business/Self-Employed Division of the Internal Revenue Service and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602, and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602B1.

4. Revenue Agent Conroy is conducting an investigation to determine whether Gonzalo Lopez-Jordan is liable for penalties under 26 U.S.C. §§ 6700 and 6701 for conduct occurring from January 1, 2009 to the present. These sections of the Internal Revenue Code impose penalties for, among other things, organizing or promoting abusive tax shelters and

aiding and abetting the understatement of another person's tax liability. The Declaration of Revenue Agent Conroy is attached hereto as Exhibit 1.

5. The respondent, Gonzalo Lopez-Jordan, may be in possession and control of testimony, books, records, papers, and other data, including but not limited to: marketing or promotional material provided to customers or potential customers; loan documents and other documents related to any assets held by entities associated with any program, plan, or arrangement sold or marketed by Lopez-Jordan; sales contracts related to real property or other assets; documents used in the course of preparing tax returns, such as receipts journals, general ledgers, and workpapers; financial information related to fees received from customers; and other documents identifying customers who purchased a program, plan, or arrangement from Gonzalo Lopez-Jordan or an employee or agent acting on behalf of Gonzalo Lopez-Jordan.

6. Pursuant to the investigation described in paragraph 4, on February 14, 2017, Revenue Agent Conroy issued an IRS summons directing Gonzalo Lopez-Jordan to appear on March 15, 2017, at 9:00 a.m., to testify and to produce the books, records, and other documents demanded in the summons. Revenue Agent German Rivera served an attested copy of the summons on Gonzalo Lopez-Jordan by handing a copy of the summons to Gonzalo Lopez-Jordan February 15, 2017, as attested to on the certificate of service on the summons. The summons is attached as Exhibit A to Revenue Agent Conroy's declaration.

7. The appointment scheduled for March 15, 2017 was rescheduled for April 26, 2017, at the request of Gonzalo Lopez-Jordan.

8. On April 26, 2017, Gonzalo Lopez-Jordan and his attorney appeared before Revenue Agent Ricky Poole (due to a conflict that prevented Revenue Agent Conroy from appearing). Gonzalo Lopez-Jordan did not produce any documents and asserted a Fifth

Amendment privilege in response to Revenue Agent Poole's questions.

9. To date, Gonzalo Lopez-Jordan has failed to comply with the summons, as set forth in the Declaration of Revenue Agent Conroy.

10. The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

11. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

12. The testimony, books, papers, records, and/or other data sought by the summons may be relevant to the IRS's investigation to determine whether Gonzalo Lopez-Jordan is liable for penalties under 26 U.S.C. §§ 6700 and 6701 for conduct occurring from January 1, 2009 to the present.

13. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Gonzalo Lopez-Jordan for the years under investigation.

14. In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code. *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

15. The attached Declaration of Revenue Agent Joseph Conroy establishes the government's prima facie showing under *Powell*.

WHEREFORE, the United States respectfully prays as follows:

A. That this Court enter an order directing the respondent, Gonzalo Lopez-Jordan, to show cause in writing, if any, why he should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B. That this Court enter an order directing the respondent, Gonzalo Lopez-Jordan, to fully obey the subject summons and each requirement thereof, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Agent Conroy, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Agent Conroy or any other proper officer or employee of the IRS;

C. That the United States recover its costs incurred in maintaining this proceeding; and

D. That the Court grant such other and further relief as the Court deems proper or justice may require.

Dated: May 4, 2018

Respectfully submitted,

BENJAMIN G. GREENBERG
United States Attorney

RICHARD A. ZUCKERMAN
Principal Deputy Assistant Attorney General

 s/ Daniel A. Applegate
DANIEL A. APPLEGATE
U.S. Department of Justice, Tax Division
P. O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Attorneys for Petitioner
United States of America