IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GONZALO LOPEZ-JORDAN, )<br>)<br>Respondent. ) | Case no. |

**Government Exhibit 1**

### DECLARATION OF REVENUE AGENT JOSEPH CONROY

I, Joseph Conroy, declare:

1. I am a duly commissioned Revenue Agent employed in Small Business/Self Employed, Examination Area South Atlantic, Internal Revenue Service.

2. In my capacity as a Revenue Agent, I am conducting an investigation to determine whether Gonzalo Lopez-Jordan is liable for penalties under 26 U.S.C. §§ 6700 and 6701 during the period from January 1, 2009 through the present. These sections of the Internal Revenue Code impose penalties for, among other things, organizing or promoting abusive tax shelters and aiding and abetting the understatement of another person's tax liability.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, on February 14, 2017, I issued an Internal Revenue Service summons to Gonzalo Lopez-Jordan requesting that Lopez-Jordan appear before me on March 15, 2017 to give testimony and to produce for examination books, papers, records, or other data as described in the summons. The summons is attached as Exhibit A hereto.

4. In accordance with 26 U.S.C. § 7603, on February 15, 2017, Revenue Agent German Rivera served an attested copy of the Internal Revenue Service summons described in

paragraph 3 on Gonzalo Lopez-Jordan by handing him a copy of the summons, as evidenced on the certificate of service on the summons.

5. At the request of Gonzalo Lopez-Jordan, the appointment called for by the summons, to occur on March 15, 2017, was rescheduled to April 26, 2017.

6. On April 26, 2017, Gonzalo Lopez-Jordan and his attorney appeared before Revenue Agent Ricky Poole. Gonzalo Lopez-Jordan did not produce any of the requested documents and asserted a Fifth Amendment privilege in response to Revenue Agent Poole's questions.

7. To date, Gonzalo Lopez-Jordan has failed to comply with the summons.

8. The information and books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

9. The summoned testimony and documents may be relevant to the IRS's investigation as to whether Gonzalo Lopez-Jordan is liable for penalties under 26 U.S.C. §§ 6700 and 6701 during the period from January 1, 2009 through the present.

10. For example, the following documents sought by the summons may shed light on whether Gonzalo Lopez-Jordan is liable for penalties for, among other things, organizing or promoting abusive tax shelters or aiding and abetting the understatement of another person's tax liability: documents identifying customers who purchased a program, plan, or arrangement from Lopez-Jordan; documents identifying individuals who promoted, advertised, solicited, or sold any program, plan, or arrangement for Lopez-Jordan or on behalf of Lopez-Jordan; marketing or promotional material provided to customers or potential customers; loan documents and other documents related to any assets held by entities associated with any program, plan, or arrangement sold or marketed by Lopez-Jordan; sales contracts related to real property or other

assets; documents used in the course of preparing tax returns, such as receipts journals, general ledgers, and workpapers; and financial information related to fees received from customers. This information may be necessary to also determine the amount of any possible penalty.

11. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Gonzalo Lopez-Jordan for the years under investigation.

12. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 03, 2018

*Joseph Conroy*

Joseph Conroy
Revenue Agent