# Summons

In the matter of  Gonzalo Lopez-Jordan
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): Compliance - South Atlantic Examination Area
Periods: January 1, 2009 through to Present

## The Commissioner of Internal Revenue

To: Gonzalo Lopez-Jordan

At: 1200 Brickell Avenue, Suite 1950, Miami, Florida 33131

You are hereby summoned and required to appear before  Joseph Conroy (ID #1000230326) or his designee  an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please See ATTACHMENT A to Summons in the matter of: Gonzalo Lopez-Jordan

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
Internal Revenue Service, Stop 4522, 850 Trafalgar Court, Maitland, FL 32751    Telephone Number (321) 441-2487

Place and time for appearance at Internal Revenue Service, 51 SW First Avenue, 8th Floor, Miami, Florida 33130

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the __15__ day of __March__, __2017__ at __9:00__ o'clock __a.__ m.
Issued under authority of the Internal Revenue Code this __14__ day of __February__, __2017__

Joe Conroy
Signature of issuing officer
Digitally signed by Joe Conroy
DN: cn=Joe Conroy, o, ou=SBSE, email=Joseph.P.Conroy@irs.gov, c=US
Date: 2017.02.10 11:04:27 -05'00'

Signature of approving officer (if applicable)

Internal Revenue Agent
Title
Supervisory Revenue Agent
Title

Original — to be kept by IRS

Government Exhibit A



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 02/15/2017 | 11:25 AM |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Gonzalo Lopez-Jordan
1200 Brickell Avenue, Suite 1950, Miami, Florida 33131

| Signature | Title |
|---|---|
| Hernán Rivera (signed) | Internal Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: Gonzalo Lopez-Jordan

Address of Noticee (if mailed): 1200 Brickell Avenue, Suite 1950, Miami, Florida 33131

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
|  | Internal Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  | Internal Revenue Agent |

Form 2039 (Rev. 10-2010)

In the matter of the liability of Gonzalo Lopez-Jordan for penalties under IRC Sec. 6700.

## ATTACHMENT A

Definitions:

As a guide to your compliance, as used herein:

A. The term "person" includes an individual, trust, estate, partnership, association, company or corporation;
B. The term "documents" is used in a comprehensive sense and includes, without limitation, letters, messages, correspondence, facsimiles, electronic mail, instant messages, licenses, agreements, assignments, intra-corporate and inter-corporate communications, reports, presentations, memoranda, minutes, bulletins, circulars, instructions, work assignments, working papers, notebooks, photographs, prints, drafts, worksheets, summaries, studies, labels, packages, product inserts, fact sheets, advertisements, catalogs, invoices, signs, corporate records, notices, bills, logs, diaries, calendars, announcements, press releases, notices of meetings, agendas, attendance lists, contracts, leases, news clippings, publications, handwritten notes, telegrams, telexes, brochures, books, manuals, marketing and/or other promotional materials, sales and/or training materials, charts, graphs, surveys, legal opinion letters, auditor's reports or statements, plan "documents", adoption and/or joinder agreements, side agreements, actuarial reports or statements, financial projections, and other writings, of any nature, in your possession, custody or control, unless otherwise stated in the request. The term "documents" also includes copies of mechanical, electronic, or photocopy reproduction of any or all of the foregoing items, and where such latter items contain any marking not appearing on the original or are altered from the original, then such items shall be considered to be separate original "documents". The term "documents" also includes all non-paper versions of the foregoing items such as video and/or tapes, cassettes, films, microfilm, microfiche, computer discs, and software programs;
C. The term "you" includes any business or entity owned or controlled by you, including the employees, agents, or staff thereof;
D. The term "Promotion" pertains to any program, plan, or arrangement wherein Gonzalo Lopez-Jordan and/or any controlled affiliate thereof, has provided services pursuant to an agreement, whether written or oral. These services include any service provided in order to facilitate the execution of any action or transaction for any client of Gonzalo Lopez-Jordan or any controlled affiliate thereof, or the client of any other unrelated individual or entity.
E. The term "promotion entity" pertains to any entity that is involved in any program, plan, or arrangement wherein Gonzalo Lopez-Jordan and/or any controlled affiliate thereof, has provided services pursuant to an agreement, whether written or oral.

1) Provide all documents that identify the names, taxpayer identification security numbers, addresses, telephone numbers or email addresses of any person that purchased or obtained a promotion from you during any part of the period from January 1, 2009 through February 1, 2017.

In the matter of the liability of Gonzalo Lopez-Jordan for penalties under IRC Sec. 6700.

2) Provide all documents which identify the names and addresses of all persons that engaged in any activity to promote, advertise, solicit, sell, facilitate or market the promotion to any person for or on behalf of you.

3) Provide all documents concerning all promotional materials provided to clients, including brochures, questionnaires, contractual agreements, instructions, or any other material used in the promotion.

4) Provide all documents that will provide the identification of all former and current promotion officials from January 1, 2009 through February 1, 2017. Identification includes, but is not limited to, name, address and telephone number, both business and personal.

5) Provide all documents that will identify as to who controls the funds of your promotion and who has the power to distribute the promotion's income, and who controls the promotion's assets.

6) Provide all documents of all organizational documents related to all entities involved in the promotion.

7) Provide all bank statements, deposit slips, debit/credit memos and cancelled checks for all promotion entity accounts, U.S. and foreign, checking and savings, for the period January 1, 2009 through February 1, 2017.

8) Provide all accounting books and records for each promotion entity from January 1, 2009 through February 1, 2017. Records to include, but not limited to check registers, disbursements journals, receipts journals, general ledger, and other workpapers used in the preparation of the tax return(s) and financial statement(s).

9) Provide all loan documents, including but not limited to, loan agreements, promissory note, Deed of Trust, Security Agreement, payment record, and financial statements submitted to any lender, for loans entered into or that were in effect during the period January 1, 2009 through February 1, 2017 for each promotion entity.

10) Provide all documentation showing all sales and/or transfers of property from each promotion entity from January 1, 2009 through February 1, 2017. Documents should include, but are not limited to, sales contracts, purchase agreements, and documents showing the disposition of funds received in the transfer of the assets.

11) Provide all documents to establish basis of all assets held by each promotion entity, including assets transferred by grantors and assets acquired by each entity from January 1, 2009 through February 1, 2017.